371 A.2d 247

First Pennsylvania Banking and Trust
Company v. Bonaventure et ux.,
Appellant.

Argued June 22, 1976. Bruce Bonaventure, in propria persona, with him Shephen J. Folkman, for appellants; Dean B. Stewart, Jr., and Paul A. Davis, submitted a brief for appellee.

Order affirmed.

364 A.2d 412

Green et al. v. Russell, Appellant, et al.

Submitted April 12, 1976. Bradley R. Krosnoff and R. Charles Thomas, for appellant; Robert L. Walker and John D. Petruso, for appellees.

Order affirmed.

VAN der VOORT, J., dissents.